IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| LEWIS TAYLOR, | : |
|---|---|
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0018-CG-M |
| STATE OF ALABAMA, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 5th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Although the plaintiff filed a Motion to Proceed Without Prepayment of Fees (Doc. 9) after he filed his objection to the Report and Recommendation, he still has not filed a complaint on the Court's Form, as Ordered by the Magistrate Judge. Accordingly, he still has not complied with the Order of this Court.