## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LEWIS TAYLOR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION 10-0018-CG-M** |
| | : | |
| **STATE OF ALABAMA,** | : | |
| | : | |
| **Defendant.** | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice.

**DONE and ORDERED** this 5th day of May, 2010.


/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE